438 A.2d 628

Commonwealth v. Neely, Appellant.

Petition for Allowance of Appeal Denied Jan. 11, 1982.

Argued May 27, 1981. Daniel M. Preminger, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.

438 A.2d 629

Commonwealth v. Phillips, Appellant.

Submitted April 20, 1981. John M. Corcoran, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

The judgment of sentence by the lower court is hereby affirmed.